UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONDRA BROWN,

    Plaintiff,

                Case No. 1:10-cv-428

v.

                HONORABLE PAUL L. MALONEY

LAW OFFICES OF TIMOTHY E.
BAXTER & ASSOCIATES, P.C.,

    Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Law Offices of Timothy E. Baxter & Associates, P.C. has not filed the requisite disclosure.

  IT IS HEREBY ORDERED that defendant Law Offices of Timothy E. Baxter & Associates, P.C. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: June 16, 2010            /s/ Paul L. Maloney
                        Paul L. Maloney
                        Chief United States District Judge